1  Dariush G. Adli (SBN 204959)
   adli@adlilaw.com
2  Raymond K. Chan (SBN 220534)
3  raymond.chan@adlilaw.com
   Elizabeth Yang (SBN 249713)
4  elizabeth.yang@adlilaw.com
5  Yun (Louise) Lu (SBN 253114)
   louise.lu@adlilaw.com
6  ADLI LAW GROUP P.C.
   633 West Fifth Street, Suite 2600
7  Los Angeles, California 90071
   Telephone: 213-223-2365
8  Facsimile: 213-223-2368
9
   Attorneys for Plaintiffs / Counterclaim Defendants
10 QBAS Co., Ltd., QDS Injection Molding LLC, and
   Chi-Cheng Shiue a/k/a/ Shink Shiue
11

12                UNITED STATES DISTRICT COURT
13
14       CENTRAL DISTRICT OF CALIFORNIA (SOUTHERN DIVISION)

15
16 QBAS CO., LTD., a Taiwanese            Case No. SACV 10-00406 AG (MLGx)
   corporation; and QDS INJECTION
17 MOLDING LLC, a California corporation, [PROPOSED] PRELIMINARY
                                           INJUNCTION ORDER
18              Plaintiffs,

19      v.

20 CHAPMAN-WALTERS
21 INTERCOASTAL CORPORATION,
   a California corporation; and BODY
22 GLOVE INTERNATIONAL LLC, a
   California corporation,
23
24              Defendants.

25
26 And Related Counterclaims
27
28

[Proposed] Preliminary Injunction Order

      Plaintiffs QBAS Co., Ltd. and QDS Injection Molding LLC filed a Complaint against Defendants Chapman-Walters Intercoastal Corporation ("CWIC") and Body Glove International LLC ("Body Glove") on April 5, 2010, alleging infringement of U.S. Patent No. 7,191,779 ("the '779 Patent"). On May 4, 2010 Plaintiffs filed a Motion for Preliminary Injunction. The Court entered an Order Granting Motion for Preliminary Injunction on December 16, 2010.

      Pursuant to 35 U.S.C. § 283, the Court hereby enters a preliminary injunction as follows:

      1. CWIC and Body Glove are hereby enjoined from making, using, offering to sell, and selling within the U.S., and from importing into the U.S., (a) the Body Glove Adult Snorkeling Set, (b) the Body Glove Youth Snorkeling Set, and (c) any and all other product that falls within the scope of one or more claims of the '779 Patent (collectively, the "Accused Product(s)");

      2. CWIC and Body Glove are hereby enjoined from fulfilling any existing orders from their customers for any Accused Product, including, without limitation, orders placed before the entry of this preliminary injunction and requests for product replacement or exchange under any applicable warranty; and

      ~~3. CWIC is hereby ordered to deliver its existing inventory of the Accused Products to QDS with a manifest listing, by model or part number, the quantity of the Accused Products, and QDS shall maintain custody of such inventory until the Court orders otherwise.~~ AND POSTING OF A $400,000 BOND

      This preliminary injunction takes effect immediately upon entry and remains in full force and effect until the resolution of this lawsuit.

      FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Date: Dec. 29, 2010

_____
The Honorable Andrew J. Guilford