UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-0406 AG (MLGx)** | Date | January 6, 2011 |
|---|---|---|---|
| Title | QBAS CO., ET AL. v C WALTERS INTERCOASTAL CORPORATION, ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |

**Proceedings:**   [IN CHAMBERS] ORDER TO SHOW CAUSE RE REQUEST FOR DEFAULT

Defendants' prior counsel, Luce, Forward, Hamilton & Scripps LLP, applied to withdraw from representing Defendants Chapman-Walters Intercoastal Corporation ("CWIC") and Body Glove International LLC ("BGI") on November 12, 2010. The Court later granted this request.

Plaintiff QBAS Co., Ltd. ("QBAS") then filed a Request to Enter Default against Defendants CWIC and BGI for "fail[ing] to defend by failing to retain new counsel after the Court has granted their prior counsel's application to withdraw." (Request for Entry of Default, Doc. # 120, at 7-9.) BGI responded by showing that it had retained new counsel (Doc. # 123, 125), and QBAS accordingly filed a modified Request to Enter Default, this time seeking entry of default only against CWIC. (Doc. # 129.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-0406 AG (MLGx)** | Date | January 6, 2011 |
|---|---|---|---|
| Title | QBAS CO., ET AL. v C WALTERS INTERCOASTAL CORPORATION, ET AL. | | |

CWIC is ORDERED TO SHOW CAUSE why an default should not be entered against it. CWIC's response to this order is due February 4, 2011. The hearing on this matter remains set for February 7, 2011, at 10:00 a.m.

Finally, BGI has not sufficiently shown that sanctions against QBAS are warranted concerning QBAS's withdrawn Request for Default against BGI. Therefore this request is DENIED.

: 0

Initials of
Preparer     lmb