Dariush G. Adli (SBN 204959)
adli@adlilaw.com
Raymond K. Chan (SBN 220534)
raymond.chan@adlilaw.com
Elizabeth Yang (SBN 249713)
elizabeth.yang@adlilaw.com
Yun (Louise) Lu (SBN 253114)
louise.lu@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 5880
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-623-6554

Attorneys for Plaintiffs/Counterclaim Defendants
QBAS Co., Ltd., QDS Injection Molding LLC, and
Counterclaim Defendant Chi Cheng Shiue



# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QBAS CO., LTD., a Taiwanese corporation; and QDS INJECTION MOLDING LLC, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHAPMAN-WALTERS INTERCOASTAL CORPORATION, a California corporation; and BODY GLOVE INTERNATIONAL LLC, a California corporation,<br><br>Defendants. | Case No. CV10-00406 AG (MLGx)<br><br>[PROPOSED] **JUDGMENT AGAINST DEFENDANT CHAPMAN-WALTERS INTERCOASTAL CORPORATION** |
| And Related Counterclaims | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On May 24, 2011, this Court granted the Motion for Default Judgment filed by Plaintiffs QBAS Co., LTD and QDS Injection Molding LLC against Defendant Chapman Walters Intercoastal Corporation ("CWIC"). Pursuant to this Order, IT IS HEREBY ORDERED AND ADJUDGED that:

1. Pursuant to 35 U.S.C. § 271(a), this Court finds that CWIC has directly infringed the asserted claims of U.S. Patent No. 7,191,779 ("the '779 Patent");

2. Pursuant to 35 U.S.C. § 283, this Court enjoins CWIC from further infringing the '779 Patent by the making, using, importing, offering to sell, and selling of the infringing products, or by inducing or contributing to the making, use, importation, offering to sell, and selling of the infringing products;

3. Pursuant to 35 U.S.C. §284, this Court finds that (a) Plaintiffs have sufficiently proven damages in the amount of $1,092,180 resulting from CWIC's infringement of the '779 Patent, and (b) CWIC's infringement of the '779 Patent was willful, and ~~awards Plaintiffs enhanced damages in~~ *therefore the $1,092,180 is enhanced to* the amount of $3,000,000;

4. Pursuant to 35 U.S.C. §284, this Court awards Plaintiffs prejudgment interest in the amount of $45,575;

5. Pursuant to 35 U.S.C. §285, this Court finds that CWIC's infringement of the '779 Patent is an exceptional case, and awards Plaintiffs attorney's fees in the amount of $234,765.82; and

6. This Court DENIES all claims for relief asserted in the counterclaims filed by CWIC.

**The Court orders that such judgment be entered.**

Dated: *June 13, 2011*

ANDREW J. GUILFORD
United States District Judge