Dariush G. Adli (SBN 204959)
adli@adlilaw.com
Raymond K. Chan (SBN 220534)
raymond.chan@adlilaw.com
Yun (Louise) Lu (SBN 253114)
louise.lu@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 6900
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-623-6554

Attorneys for Plaintiffs / Counterclaim Defendants
QBAS Co., Ltd., QDS Injection Molding LLC, and
Chi-Cheng Shiue a/k/a/ Shink Shiue

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (SOUTHERN DIVISION)

| | |
|---|---|
| QBAS CO., LTD., a Taiwanese corporation; and QDS INJECTION MOLDING LLC, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CHAPMAN-WALTERS INTERCOASTAL CORPORATION, a California corporation; and BODY GLOVE INTERNATIONAL LLC, a California corporation,<br><br>Defendants.<br><br>And Related Counterclaims | Case No. SACV 10-00406 AG (MLGx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | Plaintiffs QBAS Co., Ltd. and QDS Injection Molding LLC and Defendant Body Glove International LLC have reached a settlement in the above-captioned action.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties have stipulated through their respective counsel that, in accordance to the settlement, Plaintiffs may dismiss this action with prejudice.  [Doc. 198] |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice.

Dated:  July 26, 2011

_____
The Honorable Andrew J. Guilford
U.S. District Court Judge